UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ] | Chapter 11 |
| ] | |
| LINDY DANIEL FARMER, JR. ] | Case No. 14-59204 - wlh |
| ] | |
| Debtor. ] | |

## CLASS 6 BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

**Lindy Daniel Farmer, Jr.** filed a plan of reorganization dated July 14, 2015 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot, and is included in this mailing. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in <u>Class 6</u> under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by** *The Clerk of the Bankruptcy Court or filed via ECF system* **on or before <u>SEPTEMBER 23, 2015</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court (hearing is scheduled for October 1, 2015) it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of

**$3,130,703.00  CharterBank**

(Check one box only)

☑ ACCEPTS THE PLAN                     ☐ REJECTS THE PLAN

Dated: *Sept 21, 2015*

Print or type name: Lynn L. Carroll
Signature: *L. Carroll - 460365*
Title (if corporation or partnership): *Attorney*
Address: 5605 Glenridge Dr., Suite 690
Atlanta, GA 30342

RETURN THIS BALLOT TO:

**United States Bankruptcy Court for the Northern District of Georgia
Clerk of Bankruptcy Court
75 Spring Street, SW
Room 1340
Atlanta, GA 30303**          With a copy to: Howie@SlomkaLawFirm.com